UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
TOMMY D. MILLER § Case No. 11-40066
LUCY M. MILLER §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joji Takada_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-40066 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | TOMMY D. MILLER | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | LUCY M. MILLER | | | | 341(a) Meeting Date: | 10/24/2011 |
| For Period Ending: | 01/15/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE ACCOUNT #647341429 LOCATION: IN DEBTOR'S P | 7,451.80 | 7,451.80 | | 0.00 | FA |
| 2. FIRST SOUTHERN BANK ACCOUNT #1128567 LOCATION: I | 107.79 | 107.79 | | 0.00 | FA |
| 3. FUNITURE AND HOUSEHOLD GOODS LOCATION: IN DEBTOR | 500.00 | 500.00 | | 0.00 | FA |
| 4. CLOTHING LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 500.00 | | 0.00 | FA |
| 5. ALL STATE LIFE INSURANCE $2691.95 AS OF 2/27/10 | 2,691.95 | 2,691.95 | | 0.00 | FA |
| 6. FERS THRIFT SAVINGS PLAN LOCATION: IN DEBTOR'S P | 79,022.65 | 79,022.65 | | 0.00 | FA |
| 7. 100% OWNERSHIP OF T & L RENTALS, LLC LOCATION: I | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2016 SOUTH ILLINOIS AVENUE APT #7, MURPHYSBORO, | 1,350.00 | 1,350.00 | | 0.00 | FA |
| 9. 2008 RAE SOREN TO LOCATION: IN DEBTOR'S POSSESSI | 15,245.00 | 15,245.00 | | 0.00 | FA |
| 10. 2011 CHEVROLET MALIBU LOCATION: IN DEBTOR'S POSS | 19,580.00 | 19,580.00 | | 0.00 | FA |
| 11. 2012 SOUTH ILLINOIS AVENUE APT #1, MURPHYSBORO, | 450.00 | 450.00 | | 0.00 | FA |
| 12. 2012 SOUTH ILLINOIS AVENUE APT # 3 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2012 ILLINOIS AVENUE APT #2 MURPHYSBORO, IL 6296 | 2,250.00 | 2,250.00 | | 0.00 | FA |
| 14. 2012 SOUTH ILLINOIS AVENUE APT #5, MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2016 SOUTH ILLINOIS AVENUE APT # 10 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2016 SOUTH ILLINOIS AVENUE APT # 11 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2016 SOUTH ILLINOIS AVENUE APT # 8 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2016 SOUTH ILLINOIS AVENUE APT # 9 MURPHYSBORO, | 3,150.00 | 3,150.00 | | 0.00 | FA |
| 19. 2016 SOUTH ILLINOIS AVENUE APT #12, MUPHYSBORO, | 2,250.00 | 2,250.00 | | 0.00 | FA |
| 20. 2016 SOUTH ILLINOIS AVENUE APT #6, MURPHYSBORO, | 900.00 | 900.00 | | 0.00 | FA |
| 21. 2016 SOUTH ILLINOIS AVENUE APT. # 14 MURPHYSBORO | 0.00 | 0.00 | | 0.00 | FA |
| 22. 2020 ILLINOIS AVENUE #6 MURPHYSBORO, IL 62966 1 | 3,600.00 | 3,600.00 | | 0.00 | FA |
| 23. 2020 SOUTH ILLINOIS AVENUE APT # 15 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 24. 2020 SOUTH ILLINOIS AVENUE APT. # 13 MURPHYSBORO | 1,350.00 | 1,350.00 | | 0.00 | FA |
| 25. 2034 ILLINOIS AVENUE, MURPHYSBORO, IL 62966 1 YR | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 26. 215 S 20TH ST APT # 5 MURPHYSBORO, IL 6 MO LEASE | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-40066 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | TOMMY D. MILLER | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | LUCY M. MILLER | | | | 341(a) Meeting Date: | 10/24/2011 |
| For Period Ending: | 01/15/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 315 S 20TH APT # 10 MURPHYSBORO, IL 62966 6 MO L | 3,450.00 | 3,450.00 | | 0.00 | FA |
| 28. 315 S 20TH APT. #4 MUPHYSBORO, IL 62966 LYR LEAS | 4,750.00 | 4,750.00 | | 0.00 | FA |
| 29. 315 S. 20TH #9 MRUPHYSBORO, IL 62966 1 YR LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 30. 315 S. 20TH APT #1 FELIX MUMBA MURPHYSBORO, IL 6 | 0.00 | 0.00 | | 0.00 | FA |
| 31. 315 S. 20TH APT #7 MURPHYSBORO, IL 62966 1 YR LE | 2,415.00 | 2,415.00 | | 0.00 | FA |
| 32. 315 S 20TH ST. APT. #2 MURPHYSBORO, IL 62966 LYR | 0.00 | 0.00 | | 0.00 | FA |
| 33. CHRISTOPHER SMITH $335 SECURITY DEPOSIT HELD LOC | 2,250.00 | 2,250.00 | | 0.00 | FA |
| 34. 315 S. 20TH APT. #6 MUROPHYSBORO, IL 62966 9 MO | 0.00 | 0.00 | | 0.00 | FA |
| 35. 781 CROWELL #1 CARBONDALE, IL 1 YR LEASE BEGINNI | 0.00 | 0.00 | | 0.00 | FA |
| 36. 789-1 CROWELL RD CARBONDALE, IL 62901 1 YR LEASE | 700.00 | 700.00 | | 0.00 | FA |
| 37. SOUTHERN BANK ACCOUNT #1128567 791 CROWELL RD, A | 0.00 | 0.00 | | 0.00 | FA |
| 38. 791 CROWELL RD., APT 1, MURPHYSBORO, IL 62966 1 | 0.00 | 0.00 | | 0.00 | FA |
| 39. 793 CROWELL RD APT #1 MURPHYSBORO, IL 62966 1 YR | 6,300.00 | 6,300.00 | | 0.00 | FA |
| 40. 793 CROWELL RD APT #2 MURPHYSBORO, IL 62966 1 YR | 7,975.00 | 7,975.00 | | 0.00 | FA |
| 41. Rental Proceeds | Unknown | Unknown | | 15,250.00 | FA |
| INT. Post-Petition Interest Deposits      (u) | Unknown | N/A | | 0.23 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $172,739.19    $172,739.19    $15,250.23    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 19 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 20 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 21 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 22 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 23 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 24 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 25 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 26 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 27 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 28 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 29 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 30 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 31 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 32 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 33 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 34 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 35 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 36 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 37 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 38 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 39 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 40 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 41 | -- | Rental proceeds |

Initial Projected Date of Final Report (TFR): 09/30/2013        Current Projected Date of Final Report (TFR): 09/30/2013

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-40066 | Trustee Name: | Joji Takada |
| --- | --- | --- | --- |
| Case Name: | TOMMY D. MILLER | Bank Name: | The Bank of New York Mellon |
| | LUCY M. MILLER | Account Number/CD#: | XXXXXX7065 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6616 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/15/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 41 | Christina Johnson<br>2020 Illinois Avenue Apt 14Murphsyboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1354 | 1122-000 | $125.00 | | $125.00 |
| 11/14/11 | 41 | Darrell Panent<br>216 Illinois Avenue Apt12Murphysboro, IL 62966 | 1/2 November 2011 rent<br>DEPOSIT CHECK #11368857 | 1122-000 | $225.00 | | $350.00 |
| 11/14/11 | 41 | SM Stahl<br>315 South 20th Street Apt 9Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1110 | 1122-000 | $335.00 | | $685.00 |
| 11/14/11 | 41 | Barbara Johnson<br>2012 Illinois Avenue Apt 2Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #318690 | 1122-000 | $450.00 | | $1,135.00 |
| 11/14/11 | 41 | Bonnie Tow<br>2012 Illinois Avenue Apt 5Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #5516 | 1122-000 | $450.00 | | $1,585.00 |
| 11/14/11 | 41 | Donna Hert<br>2016 Illinois Ave Apt 9Murphsyboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1024 | 1122-000 | $450.00 | | $2,035.00 |
| 11/14/11 | 41 | Eileen Hiser<br>2016 Illinois Avenue Apt 10Murhysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #4810 | 1122-000 | $450.00 | | $2,485.00 |
| 11/14/11 | 41 | Elizabeth Worthen<br>2016 Illinois Avenue Apt 11Murphsyboro, IL 62966 | November 2011 rent | 1122-000 | $450.00 | | $2,935.00 |
| 11/14/11 | 41 | Emily Chancey<br>2012 Ilinois Avenue Apt 4Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1018 | 1122-000 | $450.00 | | $3,385.00 |
| 11/14/11 | 41 | Jeff Arbeiter<br>2012 Illinois Avenue Apt 6Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #955 | 1122-000 | $450.00 | | $3,835.00 |
| 11/14/11 | 41 | Kimberly Esker<br>2016 Illinois Avenue Apt 8Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #594 | 1122-000 | $450.00 | | $4,285.00 |
| 11/14/11 | 41 | Mildred Hawley<br>2012 Illinois Ave #3Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #6314 | 1122-000 | $450.00 | | $4,735.00 |
| 11/14/11 | 41 | Monica Mileur<br>240 Ava RdMurphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #2056 | 1122-000 | $450.00 | | $5,185.00 |
| 11/14/11 | 41 | Tiffany Gaines<br>2020 Illinois Ave #16Murphysboro, IL 62966 | November 2011 rent | 1122-000 | $450.00 | | $5,635.00 |
| 11/15/11 | 41 | Doris Dietz<br>2020 Illinois Avenue Apt 15Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #9722 | 1122-000 | $450.00 | | $6,085.00 |
| 11/19/11 | 41 | Adam Schwartz<br>312 S 20th Street Apt 3Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #xxx4541 | 1122-000 | $450.00 | | $6,535.00 |
| 11/21/11 | 41 | Mildred Hawley<br>2012 Illinois Avenue #3Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #6318 | 1122-000 | $450.00 | | $6,985.00 |
| 11/30/11 | 41 | Susan Smith<br>315 South 20th Apt 2Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1593 | 1122-000 | $335.00 | | $7,320.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $7,320.00 $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-40066 | Trustee Name: Joji Takada |
| Case Name: TOMMY D. MILLER | Bank Name: The Bank of New York Mellon |
| LUCY M. MILLER | Account Number/CD#: XXXXXX7065 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6616 | Blanket Bond (per case limit): |
| For Period Ending: 01/15/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $7,320.02 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $7,295.02 |
| 12/07/11 | 41 | Barbara Johnson 2012 Illinois Avenue #2Murphsyboro, IL 62966 | December 2011 rent DEPOSIT CHECK #318779 | 1122-000 | $450.00 | | $7,745.02 |
| 12/07/11 | 41 | Bonnie Tow 2012 Illinois Avenue #5Murphsyboro, IL 62966 | December 2011 rent DEPOSIT CHECK #5569 | 1122-000 | $450.00 | | $8,195.02 |
| 12/07/11 | 41 | Christina Johnson 2020 Illinois Avenue #14Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #1368 | 1122-000 | $450.00 | | $8,645.02 |
| 12/07/11 | 41 | Donna Hert 2016 Illinois Avenue #9Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #1026 | 1122-000 | $450.00 | | $9,095.02 |
| 12/07/11 | 41 | Eileen Hiser 2016 Illinois Avenue Apt 10Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #4823 | 1122-000 | $450.00 | | $9,545.02 |
| 12/07/11 | 41 | Emily Chancery 1200 Shoemaker Court #3Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #1022 | 1122-000 | $450.00 | | $9,995.02 |
| 12/07/11 | 41 | Tim Darnell 2016 Illinois Avenue #7Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #x7389 | 1122-000 | $450.00 | | $10,445.02 |
| 12/07/11 | 41 | Emery Jordan 793 Crowell Road Unit 1Carbondale, IL 62902 | December 2011 rent DEPOSIT CHECK #2129 | 1122-000 | $700.00 | | $11,145.02 |
| 12/07/11 | 41 | Emery Jordan 793 Crowell Road Unit 1Carbondale, IL 62902 | November 2011 rent DEPOSIT CHECK #2130 | 1122-000 | $700.00 | | $11,845.02 |
| 12/13/11 | 41 | SM Stahl 315 S. 20th #9Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #1117 | 1122-000 | $335.00 | | $12,180.02 |
| 12/13/11 | 41 | Michael Tedford 315 S. 20th #10Murphsyboro, IL 62966 | December 2011 rent DEPOSIT CHECK #11534759 | 1122-000 | $345.00 | | $12,525.02 |
| 12/13/11 | 41 | Michael Esker 2016 Illinois Avenue #8Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #602 | 1122-000 | $450.00 | | $12,975.02 |
| 12/13/11 | 41 | Tiffany Gaines 2020 Illinois Avenue #16Muphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #x40316 | 1122-000 | $450.00 | | $13,425.02 |
| 12/13/11 | | Rebecca Moody 2012 Illinois Avenue #1Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #x51690 | 1122-003 | $450.00 | | $13,875.02 |
| 12/14/11 | | Reverses Deposit # 100011 | December 2011 rent | 1122-003 | ($450.00) | | $13,425.02 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $13,425.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $6,130.11   $25.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-40066
Case Name: TOMMY D. MILLER
LUCY M. MILLER

Trustee Name: Joji Takada
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7065
Checking Account

Taxpayer ID No: XX-XXX6616
For Period Ending: 01/15/2013

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $25.00 | $13,400.11 |
| 01/12/12 | 41 | Doris Dietz<br>2020 Illinois Avenue #15Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #9741 | 1122-000 | $450.00 |  | $13,850.11 |
| 01/12/12 | 41 | Jeff Arbeiter<br>2012 Illinois Avenue #6Murphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #965 | 1122-000 | $450.00 |  | $14,300.11 |
| 01/12/12 | 41 | Mary Jones<br>2023 Illinois AvenueMurphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #x 0970 | 1122-000 | $450.00 |  | $14,750.11 |
| 01/12/12 | 41 | Monica Mileur<br>240 Ava RoadMurphysboro, IL 62966 | December 2011 rent DEPOSIT CHECK #2067 | 1122-000 | $450.00 |  | $15,200.11 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 |  | $15,200.23 |
| 01/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $31.01 | $15,169.22 |
| 02/14/12 |  | Transfer to Acct # xxxxxx5775 | Transfer of Funds | 9999-000 |  | $15,169.22 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,250.23 | $15,250.23 |
| Less: Bank Transfers/CD's | $0.00 | $15,169.22 |
| Subtotal | $15,250.23 | $81.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,250.23 | $81.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:   $1,800.12   $15,225.23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-40066  
Case Name: TOMMY D. MILLER  
LUCY M. MILLER  
Taxpayer ID No: XX-XXX6616  
For Period Ending: 01/15/2013  

Trustee Name: Joji Takada  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX5775  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/12 | | Transfer from Acct # xxxxxx7065 | Transfer of Funds | 9999-000 | $15,169.22 | | $15,169.22 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $15,169.22 | $0.00 |
| Less: Bank Transfers/CD's | $15,169.22 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals: $15,169.22    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5775 - Checking Account | $0.00 | $0.00 | $15,169.22 |
| XXXXXX7065 - Checking Account | $15,250.23 | $81.01 | $0.00 |
|  | $15,250.23 | $81.01 | $15,169.22 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,250.23 |
| Total Gross Receipts: | $15,250.23 |

Page Subtotals: $0.00   $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-40066-BWB  
Debtor Name: TOMMY D. MILLER  
Claims Bar Date: 2/29/2012  

Date: January 15, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,275.02 | $2,275.02 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $257.00 | $257.00 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $6,655.00 | $6,655.00 |
| 100 3220 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $59.97 | $59.97 |
| 100 3410 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,891.40 | $1,591.40 |
| 100 3420 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $39.31 | $39.31 |
| 1 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,469.09 | $1,516.70 | $1,516.70 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>World Financial Ca<br>World Financial Capital Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $1,386.78 | $1,462.20 | $1,462.20 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>World Financial Ne<br>World Financial Network National Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $1,472.96 | $1,499.76 | $1,499.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-40066-BWB  
Debtor Name: TOMMY D. MILLER  
Claims Bar Date: 2/29/2012  

Date: January 15, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, Tx 75374 | Unsecured | | $1,449.19 | $1,406.19 | $1,406.19 |
| 5 300 7100 | Quantum3 Group Llc As Agent For<br>World Financial Ne<br>World Financial Network National Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $133.17 | $193.59 | $193.59 |
| 6 300 7100 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured | | $4,833.26 | $4,948.08 | $4,948.08 |
| 7 300 7100 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured | | $14,235.56 | $14,504.87 | $14,504.87 |
| 8 300 7100 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured | | $11,437.87 | $11,918.53 | $11,918.53 |
| 9 300 7100 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured | | $0.00 | $337.57 | $337.57 |
| 10 300 7100 | N. A. By American Infosourc<br>Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A. By American Infosourc<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $2,345.16 | $2,335.12 | $2,335.12 |
| 11 300 7100 | N. A. By American Infosourc<br>Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A. By American Infosourc<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $9,607.82 | $9,672.92 | $9,672.92 |
| 12 300 7100 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $0.00 | $6,191.88 | $6,191.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-40066-BWB  
Debtor Name: TOMMY D. MILLER  
Claims Bar Date: 2/29/2012  

Date: January 15, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 300 7100 | Td Retail Card Services C/O Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Unsecured | | $1,687.62 | $1,961.68 | $1,961.68 |
| 14 300 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $130.16 | $152.65 | $152.65 |
| 15 300 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $2,934.04 | $3,096.27 | $3,096.27 |
| | Case Totals | | | $53,122.68 | $72,375.71 | $72,075.71 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                                              Exhibit D

Case No.: 11-40066
Case Name: TOMMY D. MILLER
               LUCY M. MILLER
Trustee Name: Joji Takada

        Balance on hand                                                     $

Claims of secured creditors will be paid as follows:

                                              NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |
| Attorney for Trustee Fees: Frank Gecker LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ | $ | $ |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ | $ | $ |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses             $_____

        Remaining Balance                                                      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $  must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | Quantum3 Group Llc As Agent For World Financial Ca | $ | $ | $ |
| 3 | Quantum3 Group Llc As Agent For World Financial Ne | $ | $ | $ |
| 4 | N. A. Capital One | $ | $ | $ |
| 5 | Quantum3 Group Llc As Agent For World Financial Ne | $ | $ | $ |
| 6 | N. A. Chase Bank Usa | $ | $ | $ |
| 7 | N. A. Chase Bank Usa | $ | $ | $ |
| 8 | N. A. Chase Bank Usa | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | N. A. Chase Bank Usa | $ | $ | $ |
| 10 | N. A. By American Infosourc Capital One Bank (Usa) | $ | $ | $ |
| 11 | N. A. By American Infosourc Capital One Bank (Usa) | $ | $ | $ |
| 12 | Candica, Llc | $ | $ | $ |
| 13 | Td Retail Card Services | $ | $ | $ |
| 14 | GE Capital Retail Bank | $ | $ | $ |
| 15 | GE Capital Retail Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE