## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.:  11 B 40066 |
| | ) | |
| TOMMY D. MILLER and | ) | Chapter 7 |
| LUCY M. MILLER, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | (Joliet) |
| | ) | |
| | ) | **Hearing Date:   January 31, 2013** |
| | ) | **Hearing Time:  9:15 a.m.** |
| | ) | **Courtroom:      2nd Floor** |

## COVER SHEET FOR FIRST AND FINAL FEE APPLICATION
## AND REIMBURSEMENT OF EXPENSES OF FRANKGECKER LLP

Name of Applicant:                      FrankGecker LLP

Authorized to Provide                   Joji Takada, Chapter 7 Trustee of the Estate
Professional Services to:               of Tommy D. Miller and Lucy M. Miller

Period for Which                        November 14, 2011 through December 31, 2012
Compensation is Sought:

Amount of Fees Sought:                  $6,655.00

Amount of Expense                       $59.97
Reimbursement Sought:

This is a:                              First and Final Fee Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:  $0.00.

{TAKADA/009/00033604.DOC/}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.:  11 B 40066 |
| | ) | |
| TOMMY D. MILLER and | ) | Chapter 7 |
| LUCY M. MILLER, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | (Joliet) |
| | ) | |
| | ) | **Hearing Date:   January __, 2013** |
| | ) | **Hearing Time:  9:15 a.m.** |
| | ) | **Courtroom:      2ⁿᵈ Floor** |

**FIRST AND FINAL APPLICATION OF JOJI TAKADA,**
**CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF**
**TOMMY D. MILLER AND LUCY M. MILLER FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF HIS COUNSEL, FRANKGECKER LLP**

Joji Takada, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Tommy D. Miller and Lucy M. Miller (the "Debtors"), hereby submits his first and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation totaling $6,655.00 for legal services performed by FrankGecker LLP, counsel to the Trustee, during the period of November 14, 2011 through and including December 31, 2012 (the "Application Period") and reimbursement of expenses totaling $59.97 incurred in connection with those services.   FrankGecker has voluntarily written off approximately $4,000.00 in fees, prior to filing this Application.  In support of its Application, FrankGecker LLP respectfully states as follows:

**INTRODUCTION**

1.      On September 30, 2011 (the "Petition Date"), the Debtors filed a voluntary joint chapter 7 petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court).

2.      Joji Takada ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the case.

3.      The Section 341 meeting of creditors was held on October 24, 2011 (the "341 Meeting").  On November 29, 2011, the Trustee filed an asset report.

4.      On December 2, 2011, this Court entered an order authorizing the Trustee to retain Frances Gecker and the professionals of FrankGecker LLP (collectively, "FG") as his counsel in the Case.

5.      Since his appointment, with the assistance of his attorneys, the Trustee has taken a variety of actions necessary to administer the Debtors' estate.  The Trustee negotiated a settlement and transfer of the Debtors' interest in certain commercial real estate to First southern Bank.  This resulted in funds of $15,000 for the Debtors' estate.

6.      This Application seeks allowance of all fees and expenses incurred by FG during the Application Period.

7.      To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts.  Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel.  Part II describes the qualifications and areas of expertise of the Trustee's attorneys.  Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

## I.   SERVICES PERFORMED

## A.   Administration                                         $5710.00

FG spent 15.5 hours at a cost of **$5710.00** on issues related to the settlement with First Southern Bank, which resulted in a funding for the Debtors' estate of $15,000.  This required

reviewing and preparing necessary real estate documents.  FG waived time for preparing this application to conserve funds for the estate.

**B.      Claims**                                                                                  **$945.00**

FG spent 2.7hours at a cost of **$945.00** on issues related to resolving First Southern Bank's outstanding claims against the Debtors' estate.  In addition, FG objected to BMW's claim.

## II.      <u>ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE</u>

A.      <u>Micah R. Krohn</u> (MRK) is senior counsel at F/G.  Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz.

B.      <u>Zane L. Zielinski</u> (ZLZ) is an associate at FrankGecker LLP.  Prior to attending law school, Mr. Zielinski worked for Chicago Title and Trust Company.   Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif.  Mr. Zielinski specializes in bankruptcy law, real estate law, and has represented trustees, debtors and creditors in bankruptcy cases.  Mr. Zielinski has been involved in the day-to-day representation of the Trustee.

## III.      <u>CALCULATION OF TIME AND FEES</u>

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses incurred by FG during the Application Period.  All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate.  No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, FG's attorneys and paralegal have spent a total of 18.20 hours providing necessary legal services for the Trustee.   As a result, they request compensation in the amount of $6,655.00 for actual, necessary legal services performed (Exhibit A).   The average hourly rate is $365.65.   In addition, FG has expended the sum of $59.97 for actual, necessary expenses incurred in representing the Trustee (Exhibit A).   FG has voluntarily written off all expenses related to fax charges and copy charges.   Expenses consist primarily of postage and travel expenses.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee.   The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients.   FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was either a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared a time exhibit presented in the attached Exhibit A.   The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this Application for its overhead expenses, including word processing or secretarial overtime; instead, such expenses are factored into FG's normal and customary rate.   These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm.   Moreover, FG's non-bankruptcy clients routinely are billed and pay these types of expenses. *See In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to F/G, other than as disclosed or approved by this Court.  FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.  Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

### NOTICE

Pursuant to Federal Rule, Bankruptcy Procedure 2002, this Application was served on all creditors that have timely filed claims, the U.S. Trustee, and the Debtor's attorney

WHEREFORE, FG respectfully requests that this Court enter an Order:

A.     Allowing FG compensation for actual, necessary legal services in the amount of **$6,655.00**;

B.     Allowing FG reimbursement of actual, necessary expenses in the amount of **$59.97**;

      C.      Authorizing the Trustee to pay FG compensation and expense reimbursement in the total amount of **$6,714.97**; and

      D.      Granting such other relief as the Court deems just and equitable.

Dated:  January 31, 2013

Respectfully submitted,

JOJI TAKADA, not individually, but as Chapter 7 Trustee of the bankruptcy estate of TOMMY D. MILLER and LUCY M. MILLER,

By:    /s/    *Zane L. Zielinski*
      One of his attorneys

Micah R. Krohn (IL Bar No. 6217164)
Zane Zielinski (IL Bar No. 6278776)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
mkrohn@fgllp.com
zzielinski@fgllp.com

# FG FrankGecker

www.fgllp.com

January 14, 2013

Joji Takada, Chapter 7 Trustee
6336 N. Cicero Ave.
Suite 201
Chicago, IL 60646

FEIN 20-1952153

**Regarding:**   **In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012

Per Attached Description:

Invoice #:   5462

| | |
|---|---:|
| Fees.................................................................................................................... | $6,655.00 |
| Disbursements....................................................................................................... | $59.97 |
| Total Fees and Disbursements............................................................................... | $6,714.97 |
| Previous Balance.................................................................................................. | $0.00 |
| Payments.............................................................................................................. | $0.00 |
| **Total Amount Due**................................................................................................. | **$6,714.97** |

325 N. LaSalle, Suite 625  |  Chicago, Illinois 60654  |  Ph: 312.276.1400  |  Fx: 312.276.0035

Joji Takada, Chapter 7 Trustee

Page    2

Invoice Dated:   January 14, 2013

---

**Regarding:    In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012     Invoice #:   5462
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | Administration | | | |
| 11/18/2011 | Telephone conference with G. Paloian regarding Bank's interest in transaction regarding Debtor's properties. Micah R. Krohn | $400.00 | 0.20 | $80.00 |
| 11/21/2011 | Draft motion and order regarding employment of accountant. Micah R. Krohn | $400.00 | 0.30 | $120.00 |
| 11/22/2011 | Review K. Parks' affidavit. Micah R. Krohn | $400.00 | 0.20 | $80.00 |
| 11/28/2011 | Conference call with Jodi Takada regarding status of case. Zane L. Zielinski | $325.00 | 0.20 | $65.00 |
| 12/2/2011 | Appear in court on motion to retain (.3); conference call with Joji Takada regarding same (.2). Zane L. Zielinski | $325.00 | 0.50 | $162.50 |
| 12/2/2011 | Three telephone conferences with J. Sowka (Bank's attorney) regarding deed in lieu transactions. Micah R. Krohn | $400.00 | 0.40 | $160.00 |
| 12/2/2011 | Communications with G. Paloian and J. Sowka regarding deed in lieu transactions. Micah R. Krohn | $400.00 | 0.30 | $120.00 |
| 12/2/2011 | Communications with J. Takada and Z. Zielinski regarding deed in lieu transactions. Micah R. Krohn | $400.00 | 0.20 | $80.00 |
| 12/7/2011 | Communications with J. Takada and J. Sowka regarding LLC account holding security deposits, and status of agreement to transfer rental properties pursuant to deed-in-lieu transactions. Micah R. Krohn | $400.00 | 0.50 | $200.00 |
| 12/12/2011 | Draft motion to approve deed-in-lieu transactions with First Southern Bank. Micah R. Krohn | $400.00 | 2.00 | $800.00 |
| 12/13/2011 | Review loan documents and title reports regarding deed-in-lieu transactions (two street addresses missing from mortgage) (.30). Micah R. Krohn | $400.00 | 0.30 | $120.00 |

Joji Takada, Chapter 7 Trustee                                                    Page    3

Invoice Dated:   January 14, 2013

---

**Regarding:**    **In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012          Invoice #:   5462
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/13/2011 | Continue drafting motion to approve deed-in-lieu transactions.<br>Micah R. Krohn | $400.00 | 1.70 | $680.00 |
| 12/14/2011 | Review deeds regarding properties covered by deed-in-lieu transactions to ensure that legal descriptions in First Southern mortgage includes all properties.<br>Micah R. Krohn | $400.00 | 0.20 | $80.00 |
| 12/14/2011 | Review motion to approve sale of debtor's property (.3); conference with Joji Takada regarding same (.2).<br>Zane L. Zielinski | $325.00 | 0.50 | $162.50 |
| 12/15/2011 | Review real estate documents and motion for turnover of LLC interests.<br>Zane L. Zielinski | $325.00 | 0.10 | $32.50 |
| 12/16/2011 | Revisions to motion and order to approve section 363 transaction with First Southern Bank.<br>Micah R. Krohn | $400.00 | 0.60 | $240.00 |
| 12/27/2011 | Review matters related to status of tenants (.4); telephone call with bank's attorney regarding managing property (.2); telephone call to two tenants regarding handling issues (.3); communicate with Joji Takada confirming issues resolved (.2)<br>Zane L. Zielinski | $325.00 | 1.10 | $357.50 |
| 1/6/2012 | Review various mortgage and title documents and prepare deed in lieu documentation.<br>Zane L. Zielinski | $350.00 | 1.00 | $350.00 |
| 1/10/2012 | Draft deed in lieu of foreclosure (1.0); telephone conference with Joji Takada regarding corporate documents (.2); communicate with bank's attorney regarding rent deposits (.2).<br>Zane L. Zielinski | $350.00 | 1.40 | $490.00 |
| 1/11/2012 | Revise warranty deed (.3); conference call with Joji Takada regarding rental payments (.1).<br>Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 2/1/2012 | Review corporate minutes (.3); communicate with bank's attorney regarding status of transfers of real estate (.2).<br>Zane L. Zielinski | $350.00 | 0.50 | $175.00 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:   January 14, 2013

Page    4

---

**Regarding:    In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012
Per Attached Description:

Invoice #:   5462

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 2/3/2012 | Telephone conference with Debtor's counsel regarding access (.2); daft letter requesting access (.1). Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 2/6/2012 | Revise deed in lieu (.4); research online real estate legal description for deed to transfer of correct property (1.9); telephone conference with banks attorney (.2); draft correspondence to banks attorney (.3). Zane L. Zielinski | $350.00 | 1.80 | $630.00 |
| 2/9/2012 | Meet with Joji Takada and explain deed in lieu documents, and confirm signatures (.4); prepare and forward executed deeds to Ken Hughes for recording (.3). Zane L. Zielinski | $350.00 | 0.70 | $245.00 |
| 3/15/2012 | Telephone conference with Alan Lasko regarding status of tax return (.1). Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| | Total Charges This Matter | | 15.50 | $5,710.00 |

Joji Takada, Chapter 7 Trustee

Page   5

Invoice Dated:   January 14, 2013

---

**Regarding:   In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012                 Invoice #:   5462
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | Claims | | | |
| 3/15/2012 | Review claims and compare with schedules (.2); prepare correspondence to BMW requesting revised claim to be filed (.2); communicate with debtor's regarding secured claim status of vehicle (.1). Zane L. Zielinski | $350.00 | 0.50 | $175.00 |
| 3/16/2012 | Draft objection to claim. Zane L. Zielinski | $350.00 | 1.00 | $350.00 |
| 4/20/2012 | Appear in court on claim objection (.3); communicate with claimant's attorney (.1); telephone conference with Joji Takada regarding same (.1). Zane L. Zielinski | $350.00 | 0.50 | $175.00 |
| 9/7/2012 | Draft proposed claim for bank related to issues from the IRS (.4); communicate with bank related to same (.1); communicate with Debtor's counsel related to same (.1). Zane L. Zielinski | $350.00 | 0.60 | $210.00 |
| 10/1/2012 | Update request for claim to be filed (.1). Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| | Total Charges This Matter | | 2.70 | $945.00 |

Joji Takada, Chapter 7 Trustee

Invoice Dated:    January 14, 2013

Page    6

---

**Regarding:**    **In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012          Invoice #:    5462
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
|  |  | $6,655.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Micah R. Krohn | 6.90 | 400.00 |
| Zane L. Zielinski | 8.90 | 350.00 |
| Zane L. Zielinski | 2.40 | 325.00 |

Disbursements:

| Date | Description | |
|---|---|---|
|  | Expenses | |
| 11/28/2011 | Postage. | 1.08 |
| 12/2/2011 | Travel expenses incurred by Zane Zielinski in connection with December 2, 2011 court hearing in Joliet, Illinois. | 8.32 |
| 12/16/2011 | Postage. | 20.16 |
| 2/9/2012 | Federal Express delivery to Ken Hughes. | 11.47 |
| 3/9/2012 | Travel expenses incurred by Zane Zielinski in connection with March 9, 2012 court hearing in Joliet, Illinois. | 18.94 |
|  | Total Charges This Matter | 59.97 |

Joji Takada, Chapter 7 Trustee

Invoice Dated: January 14, 2013

Page 7

**Regarding:** **In re: Estate of Miller; Case No. 11 B 40066**

For Professional Services Rendered Through December 31, 2012
Per Attached Description:

Invoice #: 5462

| | Amount |
|---|---|
| Total Expenses | $59.97 |
| **Total Due: This Matter** | **$6,714.97** |