**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-40066 |
| TOMMY D. MILLER | § | Chapter 7 |
| LUCY M. MILLER | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 4/5/13
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 2/27/13      By:   /s/ Joji Takada
                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
TOMMY D. MILLER § Case No. 11-40066
LUCY M. MILLER §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,250.23 |
| and approved disbursements of | $ | 81.01 |
| leaving a balance on hand of[1] | $ | 15,169.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 2,275.02 | $ 0.00 | $ 2,275.02 |
| Trustee Expenses: Joji Takada | $ 257.00 | $ 0.00 | $ 257.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 6,655.00 | $ 0.00 | $ 6,655.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 59.97 | $ 0.00 | $ 59.97 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,591.40 | $ 0.00 | $ 1,591.40 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 39.31 | $ 0.00 | $ 39.31 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,877.70 |
| Remaining Balance | | $ | 4,291.52 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,198.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 1,516.70 | $ 0.00 | $ 106.36 |
| 2 | Quantum3 Group Llc As Agent For World Financial Ca | $ 1,462.20 | $ 0.00 | $ 102.54 |
| 3 | Quantum3 Group Llc As Agent For World Financial Ne | $ 1,499.76 | $ 0.00 | $ 105.17 |
| 4 | N. A. Capital One | $ 1,406.19 | $ 0.00 | $ 98.61 |
| 5 | Quantum3 Group Llc As Agent For World Financial Ne | $ 193.59 | $ 0.00 | $ 13.58 |
| 6 | N. A. Chase Bank Usa | $ 4,948.08 | $ 0.00 | $ 346.98 |
| 7 | N. A. Chase Bank Usa | $ 14,504.87 | $ 0.00 | $ 1,017.16 |
| 8 | N. A. Chase Bank Usa | $ 11,918.53 | $ 0.00 | $ 835.79 |
| 9 | N. A. Chase Bank Usa | $ 337.57 | $ 0.00 | $ 23.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | N. A. By American Infosourc Capital One Bank (Usa) | $ 2,335.12 | $ 0.00 | $ 163.75 |
| 11 | N. A. By American Infosourc Capital One Bank (Usa) | $ 9,672.92 | $ 0.00 | $ 678.32 |
| 12 | Candica, Llc | $ 6,191.88 | $ 0.00 | $ 434.21 |
| 13 | Td Retail Card Services | $ 1,961.68 | $ 0.00 | $ 137.56 |
| 14 | GE Capital Retail Bank | $ 152.65 | $ 0.00 | $ 10.70 |
| 15 | GE Capital Retail Bank | $ 3,096.27 | $ 0.00 | $ 217.13 |

Total to be paid to timely general unsecured creditors $ 4,291.52

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada*

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                             Case No. 11-40066-BWB
Tommy D. Miller                                                    Chapter 7
Lucy M. Miller
        Debtors               CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet             Page 1 of 4              Date Rcvd: Feb 28, 2013
                              Form ID: pdf006             Total Noticed: 107


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2013.
db/jdb       Tommy D. Miller,    Lucy M. Miller,    2004 Fieldstone Court,    Plainfield, IL 60586-1706
17871951    +Allwardt, Mark & Mileur,Monica,     2020 S. Illinois Ave Apt# 13,    Muphysboro, IL 62966-1585
17871953     Alphera Financial Services,    PO Box 15153,    Wilmington, DE 19886-5153
17871954     Arbect, Jeffrey,    2016 So Il Apt #6,    Murphysboro, IL 62966
18459002    +BMW Financial Services NA, LLC,     P.O. Box 201347,    Arlington, TX 76006-1347
17871957     BP Card Member Services,    PO Box 15153,    Wilmington, DE 19886-5153
17871958    +Bradley, Tonya,    791-2 Crowell Rd,    Carbondale, IL 62902-6132
17871959    +Brian Miller,    2004 Fieldstone Ct.,    Plainfield, IL 60586-1706
17871960    +Buckle,    PO Box 659704,    San Antonio, TX 78265-9704
17871961     CAPITAL ONE,    PO BOX 6492,    Carol Stream, IL 60197-6492
17871962    +CAPITAL ONE,    PO BOX 85611,    Richmond, VA 23285-5611
17871964     CHASE Card Member Services,    PO Box 15153,    Wilmington, DE 19886-5153
17871965    +CHASE Cardmember Services,    PO Box 15153,    Wilmington, DE 19850-5153
17871968     CHASE Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
17871966     CHASE Heloc,    PO Box 9001020,    Louisville, KY 40290-1020
17871967    +CHASE NA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
18311145     Capital One Bank (USA), N.A. by American InfoSourc,     PO Box 71083,   Charlotte, NC 28272-1083
18263109    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,   Dallas, TX 75374-0933
17871963     Charles, Nichole,    789 Crowell Rd Apt#1,    Murphysboro, IL 62966
18285363     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17871969     Citizens Automoblie Finance,    PO Box 42113,    Providence, RI 02940-2113
18053084    +City of Murphysboro,    Water & Sewer Dept.,    1101 Walnut St.,   Murphysboro IL 62966-2129
17871971     Clark, Marietta,    315 Sl 20th Ave Apt#7,    Murphysboro, IL 62966
17871970    +Clark, Marietta,    315 S. 20th St Apt#7,    Murphysboro, IL 62966-2350
17871972    +Darnell, Tim,    2016 S. Illinois Ave Apt #7,    Muphysboro, IL 62966-1572
17871973    +Darnell, Tim,    2016 S. Illinois Ave Apt #7,    Murphysboro, IL 62966-1572
17872033    +Darnell, Tim,    2016 South Illinois Ave Apt #7,    Murphysboro, IL 62966-1572
17871975    +Dietz, Doris,    2020 S. Illinois Ave Apt #15,    Murphysboro, IL 62966-1585
17871976    +Dietz, Doris,    2020 So Illinois Ave Apt #17,    Muphysboro, IL 62966-1584
17871978    +Donell, Kimberly,    315 S. 20th Apt #6,    Murphysboro, IL 62966-2350
17871981    +Duren, Crystal,    315 S. 20th Apt #4,    Muphysboro, IL 62966-2350
17871980    +Duren, Crystal,    315 S. 20th Apt #4,    Murphysboro, IL 62966-2350
17871982    +Elite,    PO Box 731,    Mahwah, NJ 07430-0731
17872010    +Esher, Michael & Kimberly,     2016 South Illinois Ave Apt#8,    Murphysboro, IL 62966-1572
17871984     Esher, Michael & Kinberly,     2016 s Il Ave Apt 8,    Murphysboro, IL 62966
17871988    +GMAC Mortgage,    PO Box 79135,    Phoenix, AZ 85062-9135
17871987    +Gaines, Tiffany,    2020 S Illinois Apt # 16,    Muphysboro, IL 62966-1585
17871993    +HSBC,    PO Box 17313,    Baltimore, MD 21297-1313
17871995     HSBC,    PO Box 17602,    Baltimore, MD 21297-1602
17871994     HSBC,    PO Box 17264,    Baltimore, MD 21297-1264
17871996    +HSN,    PO Box 182118,    Columbus , OH 43218-2118
17871989    +Hawley, Mildred,    2012 S Illinois Ave Apt 3,    Mruphysboro, IL 62966-1573
17871990    +Hert, Donna & Hicks, Kenneth,    2016 S. Illinois Ave Apt #9,    Muphysboro, IL 62966-1572
17871992    +Hiser, Evelyn,    2016 S. Illinois Ave Apt #10,    Murphysboro, IL 62966-1572
17871998    +JOhnson, Christina,    2016 S. Illinois Ave Apt 14,    Muphysboro, IL 62966-1572
17872004     JP Morgan Chase Bank,    Retail Loan ServicingKY2-11606,    PO Box 11606,
              Lexington, KY 40576-1606
17871956    +Johnson, Barbara,    2012 S. Illinois Ave Apt #2,    Murphysboro, IL 62966-1573
17871997    +Johnson, Barbara,    2012 S. Illinois Ave Apt#2,    Murphysboro, IL 62966-1573
17872000     Jones, Frank,    2034 IL Ave. #?,    Murphysboro, IL 62966
17871999    +Jones, Frank,    2034 S. Illinois Ave,    Murphysboro, IL 62966-1539
17872001     Jones, Frank E,    2034 So Il #1,    Murphysboro, IL 62966
17872002    +Jones, Lyric, Ganer, Kayden, D,     315 S. 20th St Apt #4,    Murphysboro, IL 62966-2350
17871983    +Jordan, Emery,    793-1 Crowell,    Carbondale, IL 62902-6132
17872003    +Jordan, Emery & Stephanie,    793-1 Crowell Rd,    Carbondale, IL 62902-6132
17872005    +Juniper,    PO Box 13337,    Philadelphia, PA 19101-3337
17872009    +Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
17872008     Macys,    PO Box 689195,    Des Moines, IA 50368-9195
19932070     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
17872011    +Miller Monica & Alwardt, Mark,     2020 S. Illinois Ave Apt#13,    Murphysboro, IL 62966-1585
17872012     Miller, Tommy D.,    2004 Fieldstone Court,    Plainfield, IL 60586-1706
17872014     Moody, Rebecca,    2012 S. Il Ave Apt 1,    Murphysboro, IL 62966
17872015    +Mullen, Sherron,    793-2 Crowell Rd,    Carbondale, IL 62902-6132
17872016    +Mumba, Felix,    315 S. 20th Apt 1,    Muphysboro, IL 62966-2350
17872017     National College Trust,    American Education Services,    Harrisburg, PA 17130-0001
17872018    +Nordstrom Rack,    PO Box 79137,    Phoenix, AZ 85062-9137
17871974    +O'Dean, Darrell,    2016 S. Illinois Ave Apt #12,    Murphysboro, IL 62966-1572
17872019    +Parrent, Darrel,    2016 S. Illinois Ave Apt $ 12,    Murphysboro, IL 62966-1572
17872020    +Parrent, Derrel,    2016 S. Illinois Ave Apt #12,    Murphysboro, IL 62966-1572
18053085    +Pekin Insurance,    2505 Court St.,    Pekin IL 61558-0002
17872021    +Popejoy, Kandis,    315 S. 20th St Apt#5,    Murphysboro, IL 62966-2350
17872022    +Poppy, Kandis,    315 S/ 20th St,    Muphysboro, IL 62966-2350
```

```
District/off: 0752-1          User: adragonet              Page 2 of 4                   Date Rcvd: Feb 28, 2013
                              Form ID: pdf006              Total Noticed: 107


17872023      +Ramsey, Heather,    791-1 Crowell Ave,    Carbondale, IL 62902-6132
18053087       Republic Service,    c/o CWI of Illinois #732,    PO Box 9001099,    40290-1099
18053086      +Republic Service,    15250 Old Bloomfield Rd.,    Dexter MO 63841-9724
17872024      +Robert G. Whitley, Jr.,    15028 S. Des Plaines Street,    Plainfield, IL 60544-2835
17871979      +Sait, Doreen,    2016 S. Illinois Ave Apt #9,    Murphysboro, IL 62966-1572
17872025      +Schwarz, Adam,    315 S. 20th Apt #3,    Muphysboro, IL 62966-2350
17872026       Shell,   PO Box 183018,    Columbus, OH 43218-3018
17872027      +Silvey, Sue, Stone, Brandon,    781 Crowell#1,    Carbondale, IL 62902-6132
17872028       Smith. Christopher,    315 S Illinois Ave A[pt #2,    Murphysboro, IL  62966
18053088      +South Highway Water District,    111 Cedar Creek Dr.,    Makanda IL 62958-2131
17872029      +Stahl, Sarah,    315 S 20th St Apt #9,    Murphysboro, IL 62966-2350
17872030      +Stone, Brandon& Silvey, Sue,    781-1 Crowell Ave,    Carbondale, IL 62902-6132
18342499      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
17872031       Target Visa,    PO Box 6601070,   Dallas , TX  75266
17872032      +Thedford, Michael,    315 S. 20th Apt#10,    Murphysboro, IL 62966-2350
17872034       Tow, Bonnie,    2021 S. Illinois Ave Apt#5,    Murphysboro, IL  62966
17872035      +Victoria's Secret,    PO Box 182118,    Columbus, OH 43218-2118
17872036       Visa,    PO Box 17313,   Baltimore, MD  21297-1313
17872037      +Warthen, Beth,    2016 S. Illinois Ave Apt #11,    Murphysboro, IL 62966-1572
17872038      +Warthum, Beth,    2016 So Illinois Ave Apt #11,    Muphysboro, IL 62966-1572
17872039      +Wimberly, Donell,    315 S. 20th Apt #6,    Murphysboro, IL 62966-2350
17872040      +Wimberly, Donnell,    315 S. 20th Apt#6,    Murphysboro, IL 62966-2350
17872041      +Zoraida A. Cruz,    2004 Fieldstone Ct,    Plainfield, IL 60586-1706
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17871952       E-mail/Text: ally@ebn.phinsolutions.com Mar 01 2013 06:25:47     Ally,   PO Box 380902,
                Bloomington, MN  55438-0902
17871955      +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2013 06:48:06      BANana Republic,    PO Box 530942,
                Atlanta, GA 30353-0942
17891329      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 01 2013 06:50:35
                BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
18324689      +E-mail/Text: bncmail@w-legal.com Mar 01 2013 06:32:43      CANDICA, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17871977      +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2013 06:52:01      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
18132769       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2013 06:52:01     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17871986      +E-mail/Text: michael.robison@firstsouthernbank.net Mar 01 2013 06:30:42      First Southern Bank,
                301 East Main,    Carbondale, IL 62901-3009
18456098       E-mail/PDF: rmscedi@recoverycorp.com Mar 01 2013 06:49:37     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17872006      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2013 06:17:56      Kohl's,    PO BOX 2983,
                Milwaukee, WI 53201-2983
17872007       E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2013 06:48:06      Lowes/GEMB,    PO Box 530914,
                Atlanta, GA  30353-0914
18152692       E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2013 06:29:09
                Quantum3 Group LLC as agent for World Financial Ca,    World Financial Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
18152699       E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2013 06:29:10
                Quantum3 Group LLC as agent for World Financial Ne,    World Financial Network National Bank,
                PO Box 788,    Kirkland, WA  98083-0788
19932071       E-mail/PDF: rmscedi@recoverycorp.com Mar 01 2013 06:52:16
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank/Gecker LLP
17871985       FERS Thrift Savings Plan
18263111*     +Capital One, N.A.,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
17871991*     +Hert, Donna & Hicks, Kenneth,    2016 S. Illinois Ave Apt. #9,    Muphysboro, IL 62966-1572
17872013*      Lucy  M. Miller,    2004 Fieldstond Court,    Plainfield, IL  60586-1706
17871950     ##+All State,    PO Box 80469,   Lincoln, NE 68501-0469
                                                                                   TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: adragonet           Page 3 of 4            Date Rcvd: Feb 28, 2013
                              Form ID: pdf006           Total Noticed: 107
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1            User: adragonet              Page 4 of 4                  Date Rcvd: Feb 28, 2013
                                Form ID: pdf006              Total Noticed: 107
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2013 at the address(es) listed below:

```
              Frances   Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
              Joji   Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
              Joji   Takada    on behalf of Accountant Alan D Lasko trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Micah R Krohn    on behalf of Trustee Joji  Takada mkrohn@fgllp.com,   ccarpenter@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert G Whitley, Jr    on behalf of Joint Debtor Lucy M. Miller rwhitley@plfdlaw.com
              Robert G Whitley, Jr    on behalf of Debtor Tommy D. Miller rwhitley@plfdlaw.com
              Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 9
```