UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| TOMMY D. MILLER | § | Case No. 11-40066 |
| LUCY M. MILLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Bmw Financial Services Na, Llc |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Alan Lasko and Associates PC | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Candica, Llc | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 14 | GE Capital Retail Bank | | | | | |
| 15 | GE Capital Retail Bank | | | | | |
| 10 | N. A. By American Infosourc Capital One Bank (Usa) | | | | | |
| 11 | N. A. By American Infosourc Capital One Bank (Usa) | | | | | |
| 4 | N. A. Capital One | | | | | |
| 6 | N. A. Chase Bank Usa | | | | | |
| 7 | N. A. Chase Bank Usa | | | | | |
| 8 | N. A. Chase Bank Usa | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | N. A. Chase Bank Usa | | | | | |
| 2 | Quantum3 Group Llc As Agent For World Financial Ca | | | | | |
| 3 | Quantum3 Group Llc As Agent For World Financial Ne | | | | | |
| 5 | Quantum3 Group Llc As Agent For World Financial Ne | | | | | |
| 13 | Td Retail Card Services | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-40066 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TOMMY D. MILLER | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | LUCY M. MILLER | | | | 341(a) Meeting Date: | 10/24/2011 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. CHASE ACCOUNT #647341429 LOCATION: IN DEBTOR'S P | 7,451.80 | 7,451.80 | | 0.00 | FA |
| 2. FIRST SOUTHERN BANK ACCOUNT #1128567 LOCATION: I | 107.79 | 107.79 | | 0.00 | FA |
| 3. FUNITURE AND HOUSEHOLD GOODS LOCATION: IN DEBTOR | 500.00 | 500.00 | | 0.00 | FA |
| 4. CLOTHING LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 500.00 | | 0.00 | FA |
| 5. ALL STATE LIFE INSURANCE $2691.95 AS OF 2/27/10 | 2,691.95 | 2,691.95 | | 0.00 | FA |
| 6. FERS THRIFT SAVINGS PLAN LOCATION: IN DEBTOR'S P | 79,022.65 | 79,022.65 | | 0.00 | FA |
| 7. 100% OWNERSHIP OF T & L RENTALS, LLC LOCATION: I | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2016 SOUTH ILLINOIS AVENUE APT #7, MURPHYSBORO, | 1,350.00 | 1,350.00 | | 0.00 | FA |
| 9. 2008 RAE SOREN TO LOCATION: IN DEBTOR'S POSSESSI | 15,245.00 | 15,245.00 | | 0.00 | FA |
| 10. 2011 CHEVROLET MALIBU LOCATION: IN DEBTOR'S POSS | 19,580.00 | 19,580.00 | | 0.00 | FA |
| 11. 2012 SOUTH ILLINOIS AVENUE APT #1, MURPHYSBORO, | 450.00 | 450.00 | | 0.00 | FA |
| 12. 2012 SOUTH ILLINOIS AVENUE APT # 3 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2012 ILLINOIS AVENUE APT #2 MURPHYSBORO, IL 6296 | 2,250.00 | 2,250.00 | | 0.00 | FA |
| 14. 2012 SOUTH ILLINOIS AVENUE APT #5, MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2016 SOUTH ILLINOIS AVENUE APT # 10 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2016 SOUTH ILLINOIS AVENUE APT # 11 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2016 SOUTH ILLINOIS AVENUE APT # 8 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2016 SOUTH ILLINOIS AVENUE APT # 9 MURPHYSBORO, | 3,150.00 | 3,150.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-40066 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TOMMY D. MILLER | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | LUCY M. MILLER | | | | 341(a) Meeting Date: | 10/24/2011 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 2016 SOUTH ILLINOIS AVENUE APT #12, MUPHYSBORO, | 2,250.00 | 2,250.00 | | 0.00 | FA |
| 20. 2016 SOUTH ILLINOIS AVENUE APT #6, MURPHYSBORO, | 900.00 | 900.00 | | 0.00 | FA |
| 21. 2016 SOUTH ILLINOIS AVENUE APT. # 14 MURPHYSBORO | 0.00 | 0.00 | | 0.00 | FA |
| 22. 2020 ILLINOIS AVENUE #6 MURPHYSBORO, IL 62966 1 | 3,600.00 | 3,600.00 | | 0.00 | FA |
| 23. 2020 SOUTH ILLINOIS AVENUE APT # 15 MURPHYSBORO, | 0.00 | 0.00 | | 0.00 | FA |
| 24. 2020 SOUTH ILLINOIS AVENUE APT. # 13 MURPHYSBORO | 1,350.00 | 1,350.00 | | 0.00 | FA |
| 25. 2034 ILLINOIS AVENUE, MURPHYSBORO, IL 62966 1 YR | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 26. 215 S 20TH ST APT # 5 MURPHYSBORO, IL 6 MO LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 27. 315 S 20TH APT # 10 MURPHYSBORO, IL 62966 6 MO L | 3,450.00 | 3,450.00 | | 0.00 | FA |
| 28. 315 S 20TH APT. #4 MUPHYSBORO, IL 62966 LYR LEAS | 4,750.00 | 4,750.00 | | 0.00 | FA |
| 29. 315 S. 20TH #9 MRUPHYSBORO, IL 62966 1 YR LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 30. 315 S. 20TH APT #1 FELIX MUMBA MURPHYSBORO, IL 6 | 0.00 | 0.00 | | 0.00 | FA |
| 31. 315 S. 20TH APT #7 MURPHYSBORO, IL 62966 1 YR LE | 2,415.00 | 2,415.00 | | 0.00 | FA |
| 32. 315 S 20TH ST. APT. #2 MURPHYSBORO, IL 62966 LYR | 0.00 | 0.00 | | 0.00 | FA |
| 33. CHRISTOPHER SMITH $335 SECURITY DEPOSIT HELD LOC | 2,250.00 | 2,250.00 | | 0.00 | FA |
| 34. 315 S. 20TH APT. #6 MUROPHYSBORO, IL 62966 9 MO | 0.00 | 0.00 | | 0.00 | FA |
| 35. 781 CROWELL #1 CARBONDALE, IL 1 YR LEASE BEGINNI | 0.00 | 0.00 | | 0.00 | FA |
| 36. 789-1 CROWELL RD CARBONDALE, IL 62901 1 YR LEASE | 700.00 | 700.00 | | 0.00 | FA |
| 37. SOUTHERN BANK ACCOUNT #1128567 791 CROWELL RD, A | 0.00 | 0.00 | | 0.00 | FA |
| 38. 791 CROWELL RD., APT 1, MURPHYSBORO, IL 62966 1 | 0.00 | 0.00 | | 0.00 | FA |
| 39. 793 CROWELL RD APT #1 MURPHYSBORO, IL 62966 1 YR | 6,300.00 | 6,300.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-40066 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TOMMY D. MILLER | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | LUCY M. MILLER | | | | 341(a) Meeting Date: | 10/24/2011 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. 793 CROWELL RD APT #2 MURPHYSBORO, IL 62966 1 YR | 7,975.00 | 7,975.00 | | 0.00 | FA |
| 41. Rental Proceeds | Unknown | Unknown | | 15,250.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.23 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | | $172,739.19 | $172,739.19 | $15,250.23 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

121212--Post-petition rents received; Tax returns filed and awaiting audit period to end.
011513--TFR submitted to UST for review.

| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| --- | --- | --- | --- |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

| | | | |
|---|---|---|---|
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 19 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 20 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 21 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 22 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 23 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 24 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 25 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 26 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 27 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 28 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 29 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 30 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 31 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 32 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 33 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 34 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 35 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 36 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 37 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 38 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 39 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 40 | -- | Orig. Asset Memo: Imported from original petition Doc# 15 |
| RE PROP # | 41 | -- | Rental proceeds |

Initial Projected Date of Final Report (TFR): 09/30/2013     Current Projected Date of Final Report (TFR): 09/30/2013

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-40066 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: TOMMY D. MILLER | Bank Name: The Bank of New York Mellon |
| LUCY M. MILLER | Account Number/CD#: XXXXXX7065 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9643 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 41 | Christina Johnson<br>2020 Illinois Avenue Apt 14Murphsyboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1354 | 1122-000 | $125.00 | | $125.00 |
| 11/14/11 | 41 | Darrell Panent<br>216 Illinois Avenue Apt12Murphysboro, IL 62966 | 1/2 November 2011 rent<br>DEPOSIT CHECK #11368857 | 1122-000 | $225.00 | | $350.00 |
| 11/14/11 | 41 | SM Stahl<br>315 South 20th Street Apt 9Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1110 | 1122-000 | $335.00 | | $685.00 |
| 11/14/11 | 41 | Barbara Johnson<br>2012 Illinois Avenue Apt 2Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #318690 | 1122-000 | $450.00 | | $1,135.00 |
| 11/14/11 | 41 | Bonnie Tow<br>2012 Illinois Avenue Apt 5Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #5516 | 1122-000 | $450.00 | | $1,585.00 |
| 11/14/11 | 41 | Donna Hert<br>2016 Illinois Ave Apt 9Murphsyboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1024 | 1122-000 | $450.00 | | $2,035.00 |
| 11/14/11 | 41 | Eileen Hiser<br>2016 Illinois Avenue Apt 10Murhysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #4810 | 1122-000 | $450.00 | | $2,485.00 |
| 11/14/11 | 41 | Elizabeth Worthen<br>2016 Illinois Avenue Apt 11Murphsyboro, IL 62966 | November 2011 rent | 1122-000 | $450.00 | | $2,935.00 |
| 11/14/11 | 41 | Emily Chancey<br>2012 Ilinois Avenue Apt 4Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1018 | 1122-000 | $450.00 | | $3,385.00 |
| 11/14/11 | 41 | Jeff Arbeiter<br>2012 Illinois Avenue Apt 6Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #955 | 1122-000 | $450.00 | | $3,835.00 |
| 11/14/11 | 41 | Kimberly Esker<br>2016 Illinois Avenue Apt 8Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #594 | 1122-000 | $450.00 | | $4,285.00 |
| 11/14/11 | 41 | Mildred Hawley<br>2012 Illinois Ave #3Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #6314 | 1122-000 | $450.00 | | $4,735.00 |
| 11/14/11 | 41 | Monica Mileur<br>240 Ava RdMurphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #2056 | 1122-000 | $450.00 | | $5,185.00 |
| | | | Page Subtotals: | | $5,185.00 | $0.00 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-40066 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | TOMMY D. MILLER | Bank Name: | The Bank of New York Mellon | |
| | LUCY M. MILLER | Account Number/CD#: | XXXXXX7065 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX9643 | Blanket Bond (per case limit): | | |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 41 | Tiffany Gaines<br>2020 Illinois Ave #16Murphysboro, IL 62966 | November 2011 rent | 1122-000 | $450.00 | | $5,635.00 |
| 11/15/11 | 41 | Doris Dietz<br>2020 Illinois Avenue Apt 15Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #9722 | 1122-000 | $450.00 | | $6,085.00 |
| 11/19/11 | 41 | Adam Schwartz<br>312 S 20th Street Apt 3Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #xxx4541 | 1122-000 | $450.00 | | $6,535.00 |
| 11/21/11 | 41 | Mildred Hawley<br>2012 Illinois Avenue #3Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #6318 | 1122-000 | $450.00 | | $6,985.00 |
| 11/30/11 | 41 | Susan Smith<br>315 South 20th Apt 2Murphysboro, IL 62966 | November 2011 rent<br>DEPOSIT CHECK #1593 | 1122-000 | $335.00 | | $7,320.00 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $7,320.02 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $7,295.02 |
| 12/07/11 | 41 | Barbara Johnson<br>2012 Illinois Avenue #2Murphsyboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #318779 | 1122-000 | $450.00 | | $7,745.02 |
| 12/07/11 | 41 | Bonnie Tow<br>2012 Illinois Avenue #5Murphsyboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #5569 | 1122-000 | $450.00 | | $8,195.02 |
| 12/07/11 | 41 | Christina Johnson<br>2020 Illinois Avenue #14Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #1368 | 1122-000 | $450.00 | | $8,645.02 |
| 12/07/11 | 41 | Donna Hert<br>2016 Illinois Avenue #9Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #1026 | 1122-000 | $450.00 | | $9,095.02 |
| 12/07/11 | 41 | Eileen Hiser<br>2016 Illinois Avenue Apt 10Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #4823 | 1122-000 | $450.00 | | $9,545.02 |
| 12/07/11 | 41 | Emily Chancery<br>1200 Shoemaker Court #3Murphsyboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #1022 | 1122-000 | $450.00 | | $9,995.02 |
| | | | Page Subtotals: | | $4,835.02 | $25.00 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-40066 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | TOMMY D. MILLER | Bank Name: | The Bank of New York Mellon |
|  | LUCY M. MILLER | Account Number/CD#: | XXXXXX7065 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX9643 | Blanket Bond (per case limit): |  |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/11 | 41 | Tim Darnell<br>2016 Illinois Avenue #7Murphsyboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #x7389 | 1122-000 | $450.00 |  | $10,445.02 |
| 12/07/11 | 41 | Emery Jordan<br>793 Crowell Road Unit 1Carbondale, IL 62902 | December 2011 rent<br>DEPOSIT CHECK #2129 | 1122-000 | $700.00 |  | $11,145.02 |
| 12/07/11 | 41 | Emery Jordan<br>793 Crowell Road Unit 1Carbondale, IL 62902 | November 2011 rent<br>DEPOSIT CHECK #2130 | 1122-000 | $700.00 |  | $11,845.02 |
| 12/13/11 | 41 | SM Stahl<br>315 S. 20th #9Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #1117 | 1122-000 | $335.00 |  | $12,180.02 |
| 12/13/11 | 41 | Michael Tedford<br>315 S. 20th #10Murphsyboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #11534759 | 1122-000 | $345.00 |  | $12,525.02 |
| 12/13/11 | 41 | Michael Esker<br>2016 Illinois Avenue #8Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #602 | 1122-000 | $450.00 |  | $12,975.02 |
| 12/13/11 | 41 | Tiffany Gaines<br>2020 Illinois Avenue #16Muphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #x40316 | 1122-000 | $450.00 |  | $13,425.02 |
| 12/13/11 |  | Rebecca Moody<br>2012 Illinois Avenue #1Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #x51690 | 1122-003 | $450.00 |  | $13,875.02 |
| 12/14/11 |  | Reverses Deposit # 100011 | December 2011 rent | 1122-003 | ($450.00) |  | $13,425.02 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 |  | $13,425.11 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $25.00 | $13,400.11 |
| 01/12/12 | 41 | Doris Dietz<br>2020 Illinois Avenue #15Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #9741 | 1122-000 | $450.00 |  | $13,850.11 |
| 01/12/12 | 41 | Jeff Arbeiter<br>2012 Illinois Avenue #6Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #965 | 1122-000 | $450.00 |  | $14,300.11 |
| 01/12/12 | 41 | Mary Jones<br>2023 Illinois AvenueMurphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #x 0970 | 1122-000 | $450.00 |  | $14,750.11 |
|  |  |  | Page Subtotals: |  | $4,780.09 | $25.00 |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-40066  
Case Name: TOMMY D. MILLER  
LUCY M. MILLER  
Taxpayer ID No: XX-XXX9643  
For Period Ending: 07/02/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7065  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/12 | 41 | Monica Mileur<br>240 Ava Road Murphysboro, IL 62966 | December 2011 rent<br>DEPOSIT CHECK #2067 | 1122-000 | $450.00 | | $15,200.11 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,200.23 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $31.01 | $15,169.22 |
| 02/14/12 | | Transfer to Acct # xxxxxx5775 | Transfer of Funds | 9999-000 | | $15,169.22 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,250.23 | $15,250.23 |
| Less: Bank Transfers/CD's | $0.00 | $15,169.22 |
| Subtotal | $15,250.23 | $81.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,250.23 | $81.01 |

Page Subtotals: $450.12   $15,200.23

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-40066 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: TOMMY D. MILLER | Bank Name: Congressional Bank |
| LUCY M. MILLER | Account Number/CD#: XXXXXX5775 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9643 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/12 | | Transfer from Acct # xxxxxx7065 | Transfer of Funds | 9999-000 | $15,169.22 | | $15,169.22 |
| 02/12/13 | | Transfer to Acct # xxxxxx8854 | Transfer of Funds | 9999-000 | | $15,169.22 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,169.22 | $15,169.22 |
| Less: Bank Transfers/CD's | $15,169.22 | $15,169.22 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $15,169.22 | $15,169.22 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-40066 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | TOMMY D. MILLER | Bank Name: | The Bank of New York Mellon |
| | LUCY M. MILLER | Account Number/CD#: | XXXXXX8854 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9643 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx5775 | Transfer of Funds | 9999-000 | $15,169.22 | | $15,169.22 |
| 04/10/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,275.02 | $12,894.20 |
| 04/10/13 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $257.00 | $12,637.20 |
| 04/10/13 | 100003 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Distribution | | | $6,383.97 | $6,253.23 |
| | | Frank Gecker LLP | Final distribution representing a payment of 100.00 % per court order. ($6,372.50) | 3210-000 | | | |
| | | Frank Gecker LLP | Final distribution representing a payment of 100.00 % per court order. ($11.47) | 3220-000 | | | |
| 04/10/13 | 100004 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Distribution | | | $1,630.71 | $4,622.52 |
| | | Alan Lasko and Associates PC | Final distribution representing a payment of 100.00 % per court order. ($1,591.40) | 3410-000 | | | |
| | | Alan Lasko and Associates PC | Final distribution representing a payment of 100.00 % per court order. ($39.31) | 3420-000 | | | |
| 04/10/13 | 100005 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 7.55 % per court order. | 7100-000 | | $114.56 | $4,507.96 |
| 04/10/13 | 100006 | N. A. By American Infosourc Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A. By American Infosourc<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $907.01 | $3,600.95 |

Page Subtotals: $15,169.22   $11,568.27

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-40066 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: TOMMY D. MILLER | Bank Name: The Bank of New York Mellon |
| LUCY M. MILLER | Account Number/CD#: XXXXXX8854 |
| | Checking |
| Taxpayer ID No: XX-XXX9643 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | N. A. By American Infosourc Capital One Bank (Usa) | Final distribution to claim 10 representing a payment of 7.55 % per court order. | ($176.38) | 7100-000 | | | |
| | | N. A. By American Infosourc Capital One Bank (Usa) | Final distribution to claim 11 representing a payment of 7.55 % per court order. | ($730.63) | 7100-000 | | | |
| 04/10/13 | 100007 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 12 representing a payment of 7.55 % per court order. | | 7100-000 | | $467.70 | $3,133.25 |
| 04/10/13 | 100008 | Td Retail Card Services<br>C/O Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Final distribution to claim 13 representing a payment of 7.55 % per court order. | | 7100-000 | | $148.17 | $2,985.08 |
| 04/10/13 | 100009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Distribution | | | | $245.40 | $2,739.68 |
| | | GE Capital Retail Bank | Final distribution to claim 14 representing a payment of 7.55 % per court order. | ($11.53) | 7100-000 | | | |
| | | GE Capital Retail Bank | Final distribution to claim 15 representing a payment of 7.55 % per court order. | ($233.87) | 7100-000 | | | |
| 04/10/13 | 100010 | Quantum3 Group Llc As Agent For World Financial Ca<br>World Financial Capital Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 7.55 % per court order. | | 7100-000 | | $110.45 | $2,629.23 |
| 04/10/13 | 100011 | Quantum3 Group Llc As Agent For World Financial Ne<br>World Financial Network National Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Distribution | | | | $127.90 | $2,501.33 |
| | | Quantum3 Group Llc As Agent For World Financial Ne | Final distribution to claim 3 representing a payment of 7.55 % per court order. | ($113.28) | 7100-000 | | | |

Page Subtotals: $0.00   $1,099.62

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-40066 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: TOMMY D. MILLER | Bank Name: The Bank of New York Mellon |
| LUCY M. MILLER | Account Number/CD#: XXXXXX8854 |
| | Checking |
| Taxpayer ID No: XX-XXX9643 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For World Financial Ne | Final distribution to claim 5 representing a payment of 7.55 % per court order. | ($14.62) | 7100-000 | | | |
| 04/10/13 | 100012 | N. A. Capital One<br>Capital One, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, Tx 75374 | Final distribution to claim 4 representing a payment of 7.55 % per court order. | | 7100-000 | | $106.21 | $2,395.12 |
| 04/10/13 | 100013 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Distribution | | | | $2,395.12 | $0.00 |
| | | N. A. Chase Bank Usa | Final distribution to claim 6 representing a payment of 7.55 % per court order. | ($373.75) | 7100-000 | | | |
| | | N. A. Chase Bank Usa | Final distribution to claim 7 representing a payment of 7.55 % per court order. | ($1,095.61) | 7100-000 | | | |
| | | N. A. Chase Bank Usa | Final distribution to claim 8 representing a payment of 7.55 % per court order. | ($900.25) | 7100-000 | | | |
| | | N. A. Chase Bank Usa | Final distribution to claim 9 representing a payment of 7.55 % per court order. | ($25.51) | 7100-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,169.22 | $15,169.22 |
| Less: Bank Transfers/CD's | $15,169.22 | $0.00 |
| Subtotal | $0.00 | $15,169.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $15,169.22 |

Page Subtotals: $0.00    $2,501.33

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5775 - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX7065 - Checking Account | $15,250.23 | $81.01 | $0.00 |
| XXXXXX8854 - Checking | $0.00 | $15,169.22 | $0.00 |
| | $15,250.23 | $15,250.23 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,250.23 |
| Total Gross Receipts: | $15,250.23 |

Page Subtotals:    $0.00    $0.00